447 A.2d 661

Commonwealth v. Ewan, Appellant.

Submitted September 9, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is affirmed.

447 A.2d 662

Commonwealth v. Fucci, Appellant.

Submitted April 14, 1982. Jay Stuart Nedell, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.